RECORD OF GRAND JURY BALLOT

C/R _[signature]_

UNITED STATES OF AMERICA v. MICHAEL GRESHAM

(SEALED UNTIL FURTHER ORDER OF THE COURT)